UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*Alan Bousbeau*

   Plaintiff(s),    )
          )
          )
    v.      ) CIVIL ACTION NO.

*City of Chicopee et al*

   Defendant(s),   ) **04 - 30107 - KPN**

=================================================================

NOTIFICATION

This case has been assigned to Magistrate Judge Kenneth
P. Neiman for all purposes. This form must be executed
and returned to the Clerk of Court, Springfield, Mass.
within twenty (20) days of receipt. Please read the
reverse side for further information.

**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the

Federal Rules of Civil Procedure, the undersigned counsel of record

consents to have Magistrate Judge Kenneth P. Neiman conduct all

further proceedings in this case, including bench or jury trial,

and order the entry of final judgment, with direct review by the

First Circuit Court of Appeals if an appeal is filed.

Signed and dated this ___14___ day of ___June___, ~~19___~~ 2004.

_____
Attorney for *Plaintiff*

_____
Attorney for

MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES.
ACCORDINGLY, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH
SCHEDULING AND TRIALS BEFORE MAGISTRATE JUDGES. IN ALL
LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS
CIVIL CASE WILL BE RESOLVED SOONER AND MORE
INEXPENSIVELY.

**REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**

In the event you are unwilling to consent, sign below.

Signed and dated this _____ day of _____, 19 .

_____
Attorney for

_____
Attorney for