UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hampden, ss.                                              Docket No. 70:04-30107-KPN

| | |
|---|---|
| ALAN BOURBEAU, )<br>      Plaintiff )<br>)<br>v. )<br>)<br>CITY OF CHICOPEE, ET AL, )<br>      Defendants )<br>) | NOTICE OF APPEARANCE |

Please enter my appearance for the City of Chicopee in the above-entitled action.

Dated: July __, 2004

_____
William J. O'Grady
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013
(413) 594-1520
Fax: (413) 594-1524
BBO#377875

**CERTIFICATE OF SERVICE**

I, William J. O'Grady, Attorney for the Plaintiff, hereby certify that on this 27 day of July 2004, I served a copy of the foregoing NOTICE OF APPEARANCE upon the Plaintiff by mailing, first class mail, postage prepaid to Plaintiff's counsel, **Alan Jay Black, 1383 Main Street, Springfield, MA 01103 and Mary Patryn, 21 Stockbridge Street, Springfield, MA 01103, Attorney for the Defendant, David Theroux.**

_____
William J. O'Grady
Associate City Solicitor