UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hampden, ss.                                           Docket No. 70:04-30107-KPN

| | |
|---|---|
| ALAN BOURBEAU,<br>  Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE, ET AL,<br>  Defendants | ANSWER OF THE DEFENDANT,<br>CITY OF CHICOPEE |

## INTRODUCTION

The Defendant, City of Chicopee, admits the characterizations set forth in the introduction to the Complaint.

## JURISDICTION

The Defendant, City of Chicopee, admits the allegations set forth in the section of the Complaint entitled "Jurisdiction".

## PARTIES

1. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 1 of the Complaint.

2. The Defendant, City of Chicopee, admits that the Defendant, David Theroux is a natural person who is the supervisor of the City of Chicopee Central Maintenance Garage but denies the balance of the allegations contained in Paragraph No. 2 of the Complaint.

3. The Defendant, City of Chicopee, admits the allegations contained in Paragraph No. 3 of the Complaint.

## STATEMENT OF FACTS

4. The Defendant, City of Chicopee, admits the allegations contained in Paragraph No. 4 of the Complaint

5. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 5 of the Complaint.

6. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 6 of the Complaint.

7. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 7 of the Complaint.

6. (sic) The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 6 (sic) of the Complaint.

7. (sic) The Defendant, City of Chicopee, denies the allegations contained in Paragraph 7 (sic) of the Complaint.

8. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 8 of the Complaint.

9. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 7 of the Complaint.

10. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 10 of the Complaint.

11. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 11 of the Complaint.

12. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 12 of the Complaint.

13. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 13 of the Complaint.

14. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 14 of the Complaint.

15. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 15 of the Complaint.

16. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 16 of the Complaint.

17. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 17 of the Complaint.

18. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 18 of the Complaint.

19. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 19 of the Complaint.

20. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 19 of the Complaint.

21. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 21 of the Complaint.

22. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 22 of the Complaint.

23. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 23 of the Complaint.

24. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 24 of the Complaint.

25. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 25 of the Complaint.

26. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 26 of the Complaint.

27. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 27 of the Complaint.

28. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 28 of the Complaint.

29. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 29 of the Complaint.

30. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 30 of the Complaint.

31. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 31 of the Complaint.

32. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 32 of the Complaint.

33. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 31 of the Complaint.

34. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 34 of the Complaint.

35. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 35 of the Complaint.

36. The Defendant, City of Chicopee, admits the allegations contained in Paragraph No. 36 of the Complaint.

37. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 37 of the Complaint.

38. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 38 of the Complaint.

39. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 39 of the Complaint.

40. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 40 of the Complaint.

41. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 41 of the Complaint.

42. The Defendant, City of Chicopee, is without sufficient knowledge or information

to form a belief as to the truth of the allegations contained in Paragraph No. 42 of the Complaint.

43. The Defendant, City of Chicopee, is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph No. 43 of the Complaint.

44. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 44 of the Complaint.

45. The Defendant, City of Chicopee, admits the allegations contained in Paragraph No. 45 of the Complaint.

46. The Defendant, City of Chicopee, admits the allegations contained in Paragraph No. 46 of the Complaint.

47. The Defendant, City of Chicopee, admits the allegations contained in Paragraph No. 47 of the Complaint.

48. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 48 of the Complaint.

49. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 48 of the Complaint.

50. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 50 of the Complaint.

51. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 51 of the Complaint.

52. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 52 of the Complaint.

53. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 53 of the Complaint.

54. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 54 of the Complaint.

## COUNT I
## Sexual Harassment
### (42 U.S.C. Section 2000e, et seq)

55. The Defendant, City of Chicopee, repeats each of its answers to the allegations contained in Paragraphs 1 through 54 of this Complaint and incorporates the same by reference herein.

56. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 56 of the Complaint.

57. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 57 of the Complaint.

58. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 58 of the Complaint.

59. The Defendant, City of Chicopee, repeats each of its answers to the allegations contained in Paragraphs 1 through 54 of this Complaint and incorporates the same by reference herein.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT II
## Sexual Harassment
### (G.L.c. 151B, Sec. 4(16A)

60. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in Paragraphs 1 through 59 of the Complaint.

56.(sic) The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 56 (sic) of the Complaint.

57.(sic) The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 57 (sic) of the Complaint.

58.(sic) The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 58 (sic) of the Complaint.

59.(sic) The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 59 (sic) of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT III
## Sexual Discrimination
## (42 U.S.C. Section 2000e, et seq)

60. (sic) The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

61. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 61 of the Complaint.

62. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 62 of the Complaint.

63. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 63 of the Complaint.

64. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 64 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT IV
## Sexual Harassment
## (G.L.c. 151B, Sec. 4(16A)

65. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

66. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 66 of the Complaint.

67. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 67 of the Complaint.

68. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 68 of the Complaint.

69. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 69 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT V
### Intentional Infliction of Emotional Distress

70. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

71. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 71 of the Complaint.

72. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 72 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT VI
### Negligent Infliction of Emotional Distress

73. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

74. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 74 of the Complaint.

75. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 75 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT VII
### Violation of Family and Medial Leave Act
### (29 U.S.C. 2613)

76. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

77. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 77 of the Complaint.

78. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 78 of the Complaint.

79. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 79 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT VIII
### Violation of American with Disabilities Act
### (42 U.S.C. 12101, et seq.)

80. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

81. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 81 of the Complaint.

82. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 82 of the Complaint.

83. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 83 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT IX
### Violation of American with Disabilities Act
### Lack of Reasonable Accommodation
### (42 U.S.C. 12101, et seq.)

84. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

85. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 85 of the Complaint.

86. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 86 of the Complaint.

87. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 87 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT X
## Handicapped Discrimination
## (G.L.c. 151B, Sec. 1(17)

88. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

89. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 89 of the Complaint.

90. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 90 of the Complaint.

91. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 91 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT XI
## Lack of Reasonable Accommodation
## (G.L. c. 151B, Sec. 1(17)

92. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

93. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 93 of the Complaint.

94. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 94 of the Complaint.

95. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 95 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

## COUNT XII
### Retaliation

96. The Defendant, City of Chicopee, repeats and reavers each of its answers to the allegations contained in the previous paragraphs of the Complaint and incorporates the same by reference herein.

97. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 97 of the Complaint.

98. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 98 of the Complaint.

99. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 99 of the Complaint.

100. The Defendant, City of Chicopee, denies the allegations contained in Paragraph No. 100 of the Complaint.

Wherefore, the Defendant demands that the Complaint against the City of Chicopee be dismissed and that it be awarded its costs in defending this action.

### **AFFIRMATIVE DEFENSES**

1. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. The Plaintiff's Complaint is barred by the Statute of Limitations.

3. The Plaintiff's Complaint is barred in that he had failed to properly make a presentment of his claim pursuant to the provisions of M.G.L. c. 258.

4. The Plaintiff's Complaint is barred by the doctrine of municipal immunity.

5. The Plaintiff's Complaint is barred in that the Plaintiff does not have standing in that he was not a "qualified handicapped person" within the meaning of M.G.L. c. 151B.

6. Any claim based upon alleged negligent conduct is barred by the principals of contributory negligence.

7. Any damages alleged to be suffered by the Plaintiff as a result of the negligent conduct of the Defendant, City of Chicopee, must be reduced in accordance with the principals of comparative negligence.

8. The Plaintiff's Complaint is barred because the Plaintiff has failed to exhaust his statutorily mandated administrative remedies prior to commencing this action.

The Defendant, City of Chicopee, demands a trial by jury as to all issues.

THE DEFENDANT
CITY OF CHICOPEE

William J. O'Grady
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013
(413) 594-1520
Fax: (413) 59401524
BBO#377875

## CERTIFICATE OF SERVICE

I, William J. O'Grady, Attorney for the Defendant, City of Chicopee, hereby certify that on this 26th day of July 2004, I served a copy of the foregoing ANSWER OF THE DEFENDANT, CITY OF CHICOPEE, upon the Plaintiff by mailing, first class mail, postage prepaid to Plaintiff's counsel, **Alan Jay Black, 1383 Main Street, Springfield, MA 01103 and Mary Patryn, 21 Stockbridge Street, Springfield, MA 01103, Attorney for the Defendant, David Theroux.**

William J. O'Grady
Associate City Solicitor