UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BOURBEAU,<br>        Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE a Municipal<br>Corporation duly established under<br>the laws of the Commonwealth of<br>Massachusetts,<br><br>DAVID THEROUX in his official<br>Capacity as supervisor of the City of<br>Chicopee's Central Maintenance<br>Garage,<br>        Defendants. | )<br>)<br>)<br>)<br>)   Western District of Massachusetts<br>)   No. 04-30107-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

I, Mary H. Patryn, do hereby notify the Court and the Parties of my appearance as counsel for the Defendant David Theroux in the above-captioned matter.

BY: _____
MARY H. PATRYN, ESQ.
BBO #633114
21 Stockbridge Street
Springfield, MA 01103
(413) 565-5343 - telephone
(413) 746-0888 - facsimile

Date: August 13, 2004.

Certificate of Service

I, Mary H. Patryn, do hereby certify that on August 13, 2004, the foregoing was served on all parties of record by U.S. First Class Mail, postage pre-paid, to:

Alan Jay Black, Esq.
1383 Main Street
Springfield, MA 01103

William J. O'Grady, Esq.
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013

_____
MARY H. PATRYN