UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

---

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

---

### WRITTEN SETTLEMENT PROPOSAL

Now comes the Plaintiff, Alan Bourbeau, in the above entitled-matter and submits this written proposal pursuant to Local Rule 16.1 (C) in the amount of $200,000 for settlement of all claims filed against the Defendants.

Alan J. Black, Esq.
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO# 553768

UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

## CERTIFICATE OF SERVICE

I, ALAN J. BLACK, attorney for the DEFENDANT, hereby certify that I have served a copy of the attached Settlement Proposal by mailing first class postage paid, on this 20th day of September 2004, to Mary Patryn, Esq., 21 Stockbridge Street, Springfield, MA 01103 and William O'Grady, Esq., Market Square, 17 Springfield Street, Chicopee, MA 01013.

Alan J. Black, Esq.