UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

DOCKETED

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and state as follows:

**1.     Joint Discovery Plan and Motion Schedule**

The parties propose the following pre-trial schedule:

(a)     Automatic disclosure to be completed on or before January 29, 2005;

(b)     Amendments and/or supplements to the pleading may be filed by January 29, 2005, subject to the provisions of the Federal Rules of Civil Procedure;

(c)     Written discovery requests are to be filed by March 29, 2005;

(d)     Additional parties to be named by March 29, 2005;

(e)     All depositions to be completed by July 30, 2005 except for expert witnesses;

(f)     The plaintiff's expert witnesses, if any, shall be designated by September 30, 2005 and defendants' expert witnesses shall be designated within 30 days after the plaintiff discloses said expert(s) as contemplated by Fed. R. Civ. P. 26(b)(4)(A)(I); designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts; any expert depositions shall be completed within 30 days of the defendants' expert designation;

    (g)    All dispositive motions are to be filed by November 30, 2005 and responses are to be filed within the time frame established by Local Rule 7.1(B)(2);

    (h)    A final pre-trial conference will be held per order of the Court.

2. Defendant City of Chicopee intends to take approximately 3 depositions during the discovery period. The Defendant, David Theroux, intends to take approximately 3 depositions during the discovery period, unless the other parties intend on taking the deposition of the same witnesses. The Plaintiff intends to take approximately three to five depositions during the discovery period, depending on written discovery responses.

3. Certifications regarding each party's consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

4. All parties consent to trial by Magistrate.

The Plaintiff by
his Attorney,

_____
Alan J. Black, Esq.
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO# 553768


The Defendant
City of Chicopee
by their Attorney

_____ (mr)
William O'Grady, Esq.
17 Springfield Street
Chicopee, MA 01013
(413) 594-1520
BBO# 377875

The Defendant
David Theroux
by his Attorney

*Mary Patryn* (mrs)

Mary Patryn, Esq.
21 Stockbridge Street
Springfield, MA 01103
(413) 746-0888
BBO# 633114