UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.



## PLAINTIFF'S CERTIFICATION

This is to certify that the above named Plaintiff and the Plaintiff's counsel have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Alan J. Black, Esq.
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO# 553768

UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.:  04-30107

———————————————

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

———————————————

## CERTIFICATE OF SERVICE

I, ALAN J. BLACK, attorney for the DEFENDANT, hereby certify that I have served a copy of the attached Plaintiff's Certification and Joint Statement by mailing first class postage paid, on this 20nd day of September 2004, to Mary Patryn, Esq., 21 Stockbridge Street, Springfield, MA 01103 and William O'Grady, Esq., Market Square, 17 Springfield Street, Chicopee, MA 01013.

Alan J. Black, Esq.