UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN BOURBEAU,<br>          Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE a Municipal<br>Corporation duly established under<br>the laws of the Commonwealth of<br>Massachusetts,<br><br>DAVID THEROUX in his official<br>Capacity as supervisor of the City of<br>Chicopee's Central Maintenance<br>Garage,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Western District of Massachusetts<br>      No. 04-30107-KPN |

FILED

CERTIFICATION
(L.R. 16.1(D))

Counsel for the Defendant and the Defendant certify by their signatures below and all pursuant to Local Rule 16.1(D) that the Defendant and the Defendant's Counsel have conferred as to:

1. Establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and
2. To consider the resolution of litigation through the use of alternative dispute resolution programs.

_____
The Defendant
David Theroux

_____
MARY H. PATRYN, ESQ.
BBO #633114
21 Stockbridge Street
Springfield, MA 01103
(413) 565-5343 - telephone
(413) 746-0888 - facsimile

Date: September 27, 2004.

## Certificate of Service

I, Mary H. Patryn, do hereby certify that on September 27, 2004, the foregoing was served on all parties of record by U.S. First Class Mail, postage pre-paid, to:

| | |
|---|---|
| Alan Jay Black, Esq. | William J. O'Grady, Esq. |
| 1383 Main Street | Associate City Solicitor |
| Springfield, MA 01103 | City of Chicopee Law Department |
| | 17 Springfield Street |
| | Chicopee, MA 01013 |

_____
MARY H. PATRYN