UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALAN BOURBEAU,                )
       Plaintiff     )
                              )
v.                            )     Civil Action No. 04-30107-KPN
                              )
                              )
CITY OF CHICOPEE, et al.,     )
       Defendants    )

SCHEDULING ORDER
September 30, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference yesterday:

1.   The parties shall complete their automatic disclosures by October 29, 2004.

2.   Amendments and/or supplements to the pleadings may be filed by January 28, 2005, subject to the provisions of the Federal Rules of Civil Procedures.

3.   Additional parties are to be named by March 29, 2005.

4.   All written discovery shall be served by March 29, 2005.

5.   Non-expert depositions shall be completed by July 29, 2005.

6.   Counsel shall appear for a case management conference on August 30, 2005, at 2:00 p.m. in Courtroom Three.

7. Plaintiffs shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by September 30, 2005.

8. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by October 31, 2005.

9. All expert depositions shall be completed by November 30, 2005.

IT IS SO ORDERED.

DATED: September 30, 2004

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge