UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

## PLAINTIFF'S CERTIFICATION

This is to certify that the above named Plaintiff and the Plaintiff's counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Alan J. Black, Esq.
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO# 553768

_____
Alan Bourbeau