UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

### DEFENDANT'S CERTIFICATION

This is to certify that the above named Defendant, City of Chicopee and its counsel have conferred:

(a) with a view to establish a budget for the costs of conducting the full course and various alternative course-of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolutions programs such as those outlined in Local Rule 16.4.

_____
William J. O'Grady, Esq.
Parker & O'Grady
124 College Highway – P.O. Box 249
Southampton, MA 01073
Telephone: (413) 527-8660
Facsimile: (413) 527-6523