UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

## CERTIFICATE OF SERVICE

I WILLIAM J. O'GRADY, attorney for the DEFENDANT, City of Chicopee, hereby certify that I have served a copy of the attached Plaintiff's Certification and Joint Statement by mailing first class postage paid, on this ____ day of October, 2004, to Mary Patryn, Esq., 21 Stockbridge Street, Springfield, MA 01103 and Alan J. Blank, Esq., 1383 Main Street, Springfield, MA 01103.

William J. O'Grady, Esq.
Parker & O'Grady
124 College Highway – P.O. Box 249
Southampton, MA 01073
Telephone: (413) 527-8660
Facsimile: (413) 527-6523