UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 JUL 27 P 1: ⋯

U.S. DISTRICT C⋯
DISTRICT C⋯

| | |
|---|---|
| ALAN BOURBEAU,<br>      Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE a Municipal<br>Corporation duly established under<br>the laws of the Commonwealth of<br>Massachusetts,<br><br>DAVID THEROUX in his official<br>Capacity as supervisor of the City of<br>Chicopee's Central Maintenance<br>Garage,<br>      Defendants. | Western District of Massachusetts<br>No. 04-30107-KPN<br><br><br>DEFENDANT'S <u>ASSENTED TO</u> MOTION<br>TO AMEND THE SCHEDULING ORDER |

The Defendant David Theroux hereby moves this Court to amend the scheduling order to change the date for the completion of non-expert depositions from July 29, 2005 to September 15, 2005. In support thereof, the Defendant states that, after various issues had arisen which had resulted in the delay of two depositions in this case, these two witnesses were finally deposed on Tuesday, July 19, 2005 and on Thursday, July 21, 2005, respectively. Another deposition also occurred on Thursday, July 21, 2005. Following the two depositions on July 21, 2005, and based upon the testimony of those deponents, the Defendant determined it was necessary to depose Richard J. Kos. Therefore, through his attorney, he immediately scheduled the deposition of Richard J. Kos for July 29, 2005 (which is the current deadline for the close of non-expert depositions) and gave notice of the deposition, by in-hand delivery, to all counsel of record, on the morning of Friday, July 22, 2005.

On Tuesday, July 26, 2005, the Plaintiff gave notice to the Defendants that Plaintiff's counsel will be on vacation through the entire month of August, 2005, beginning during the week ending July 29, 2005.

By telephone, the Defendant obtained the assents of all parties to the extension of the deadline for the completion of non-expert depositions to accommodate the Plaintiff's schedule.

The Defendant does not anticipate that any other deadline will require amendment because of this change. Indeed, the time for expert depositions is not scheduled to close until November 30, 2005.

WHEREFORE, as there have been other accommodations made among the parties regarding various issues that have arisen in the course of discovery, the Defendant respectfully moves that this Court allow the scheduling order to be amended so that non-expert depositions will close on September 15, 2005.

                THE DEFENDANT
                DAVID THEROUX

BY: _____
     MARY H. PATRYN, ESQ.
     BBO #633114
     21 Stockbridge Street
     Springfield, MA 01103
     (413) 565-5343 - telephone
     (413) 746-0888 - facsimile

ASSENTED TO BY:

| The Defendant | The Plaintiff |
| The City of Chicopee | Alan Bourbeau |

BY: William J. O'Grady, Esq.
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013
(413) 594-1520 - Telephone

BY: Alan Jay Black, Esq.
1383 Main Street
Springfield, MA 01103
(413) 732-5381 - Telephone

Certificate of Service

I, Mary H. Patryn, do hereby certify that on July __, 2005, the foregoing was served on all parties of record by fax and by U.S. First Class Mail, postage pre-paid, to:

Alan Jay Black, Esq.
1383 Main Street
Springfield, MA 01103

William J. O'Grady, Esq.
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013

MARY H. PATRYN