UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107
_____

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

_____

## ASSENTED TO MOTION TO CONTINUE

Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and respectfully requests that the Case Management Conference be continued from August 30, 2005 to September 20, 2005 at 2:00 p.m. The reasons for this motion are as follows:

1. Attorney for the Defendant began a first-degree murder trial in Hampden County Superior Court on August 25, 2005 in the case of <u>Commonwealth v. Michael Cobbin</u>.

Attorneys Mary Patryn and William O'Grady have assented to this motion.

Respectfully Submitted,
THE DEFENDANT

/s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
Phone:  (413) 732-5381
Fax:  (413) 739-0046
BBO# 553768

Case 3:04-cv-30107-KPN     Document 22     Filed 08/29/2005     Page 2 of 2