UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

## ASSENTED TO MOTION TO ENLARGE TIME

Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and respectfully requests that the time in which to identify his experts in the above-entitled matter be enlarged from September 30, 2005 for an additional two months. The reasons for this motion are as follows:

1. Attorney for the plaintiff has attempted to contact the doctors who had treated him;

2. Attorney for the plaintiff was informed by the offices of both of Mr. Bourbeau's neurologists that their policy is to not get involved in legal matter;

3. Therefore Attorney for the plaintiff plans to subpoena both doctors for depositions.

Attorneys William O'Grady and Mary Patryn have assented to this motion.

Respectfully Submitted,
THE DEFENDANT

Alan L. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
Fax: (413) 739-0046
BBO# 553768

UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

**CERTIFICATE OF SERVICE**

I, ALAN J. BLACK, attorney for the DEFENDANT, hereby certify that I have served a copy of the attached Motion to Enlarge Time by serving in hand, on this 22nd day of September 2005, to Mary Patryn, Esq., 21 Stockbridge Street, Springfield, MA 01103 and William O'Grady, Esq., Market Square, 17 Springfield Street, Chicopee, MA 01013.

Alan J. Black, Esq.