UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALAN BOURBEAU,                    )
         Plaintiff    )
                                  )
v.                                )   Civil Action No. 04-30107-KPN
                                  )
                                  )
CITY OF CHICOPEE, et al.,         )
         Defendants   )

REVISED SCHEDULING ORDER
September 22, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Plaintiff's assented-to motion to enlarge time and revises the schedule as follows:

1. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by November 22, 2005.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2005.

3. All expert depositions shall be completed by January 31, 2006.

4. By March 10, 2006, Defendants shall file motions for summary judgment or inform the court in writing by that date that no such motions will be filed.

5. Plaintiff shall oppose any motions for summary judgment by March 24, 2006.

6.  If no such motions are filed, counsel shall appear for a case management conference on March 27, 2006, at 2:00 p.m. in Courtroom Three.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: September 22, 2005

                                            /s/ Kenneth P. Neiman  
                                            KENNETH P. NEIMAN  
                                            U.S. Magistrate Judge