UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF MASSACHUSETTS**
**CIVIL ACTION NO.: 04-30107-KPN**

| | |
|---|---|
| ALAN BOURBEAU,<br>  Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE, A Municipal Corporation duly established under the Laws of the Commonwealth of Massachusetts,<br>  and<br>DAVID THEROUX in his official Capacity as supervisor of the City of Chicopee's Central Maintenance Garage,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    PLEASE ENTER MY APPEARANCE as counsel for the Defendant, DAVID THEROUX, in the above-entitled matter.

                      John A. Cvejanovich, BBO #549285
                      O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
                      1350 Main Street
                      Springfield, MA 01103
                      (413) 747-1773 (phone)
                      (413) 746-1529 (fax)

CERTIFICATE OF COMPLIANCE AND SERVICE

    I certify that on 10/4/05 I served the within document, within the time standards provided therefor, on the parties to this action by mailing a copy, postage prepaid, to all counsel of record.

                      John A. Cvejanovich, BBO #549285