## UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF MASSACHUSETTS
### CIVIL ACTION NO.: 04-30107-KPN

|  |  |
|---|---|
| ALAN BOURBEAU, Plaintiff | ) ) ) ) |
| v. | ) ) |
| CITY OF CHICOPEE, A Municipal Corporation duly established under the Laws of the Commonwealth of Massachusetts, and DAVID THEROUX in his official Capacity as supervisor of the City of Chicopee's Central Maintenance Garage, Defendants | ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above-Named Court:

PLEASE WITHDRAW MY APPEARANCE as counsel for the Defendant, DAVID THEROUX, in the above-entitled matter,

Mary H. Patryn, BBO #633114
21 Stockbridge Street
Springfield, MA 01103
(413) 565-5343 (phone)
(413) 746-0888 (fax)

### CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that on 10/7/05 I served the within document, within the time standards provided therefor, on the parties to this action by mailing a copy, postage prepaid, to all counsel of record.

John A. Cvejanovich, BBO #549285