UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF
MASSACHUSETTS
CIVIL ACTION NO.: 04-30107-KPN

| | |
|---|---|
| ALAN BOURBEAU,<br>  Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE, A Municipal<br>Corporation duly established under the<br>Laws of the Commonwealth of<br>Massachusetts,<br>  and<br>DAVID THEROUX in his official<br>Capacity as supervisor of the City of<br>Chicopee's Central Maintenance Garage,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF DEFENDANT, DAVID THEROUX IN HIS OFFICIAL CAPACITY AS SUPERVISOR OF THE CITY OF CHICOPEE'S CENTRAL MAINTENANCE GARAGE FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY (20) PAGES

NOW COMES the Defendant, David Theroux in his Official Capacity as Supervisor of the City of Chicopee's Central Maintenance Garage, and moves this Honorable Court, for leave to file a Memorandum in Support of Motion for Summary Judgment in excess of twenty (20) pages. As grounds, therefore, Defendant states that the Plaintiff's Complaint consists of twelve (12) counts, all of which are subject to and addressed in the Motion for Summary Judgment, several of which contain multiple issues in this Motion, together with a further legal issue and ground for the motion which affects all counts. Therefore, at least thirteen (13) separate issues are addressed in the Memorandum, meaning an average of four (4) to five (5) pages per issue, including factual background, history of proceedings and quoted deposition testimony.

WHEREFORE, Defendant respectfully requests that this Motion be allowed.

THE DEFENDANT
DAVID THEROUX

By: _____
John A. Cvejanovich, BBO #549285
O'CONNELL, FLAHERTY
& ATTMORE, L.L.C.
1350 Main Street
Springfield, MA 01103
(413) 747-1773 (phone)
(413) 746-1529 (fax)

CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that on 2/23/06 I served the within document, within the time standards provided therefor, on the parties to this action by mailing a copy, postage prepaid, to:

Attorney Alan Jay Black
1383 Main Street
Springfield MA 01103

Attorney William J. O'Grady
Associate City Solicitor
CITY OF CHICOPEE LAW DEPARTMENT
17 Springfield Street
Chicopee MA 01013

_____
John A. Cvejanovich, BBO #549285

2