UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF
MASSACHUSETTS
CIVIL ACTION NO.: 04-30107-KPN

ALAN BOURBEAU, )
  Plaintiff )
)
v. )
)
CITY OF CHICOPEE, A Municipal )
Corporation duly established under the )
Laws of the Commonwealth of )
Massachusetts, )
  and )
DAVID THEROUX in his official )
Capacity as supervisor of the City of )
Chicopee's Central Maintenance Garage, )
  Defendants )

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT, DAVID THEROUX IN HIS OFFICIAL CAPACITY AS SUPERVISOR OF THE CITY OF CHICOPEE'S CENTRAL MAINTENANCE GARAGE

NOW COMES the Defendant, David Theroux in his Official Capacity as Supervisor of the City of Chicopee's Central Maintenance Garage, and moves this Honorable Court, pursuant to F. R. Civ. P. Rule 56, for Summary Judgment in his favor

1

on all counts. As grounds therefore, Defendant submits the attached Memorandum of Law.

>THE DEFENDANT
>DAVID THEROUX
>
>By: *[signature]*
>John A. Cvejanovich, BBO #549285
>O'CONNELL, FLAHERTY
>  & ATTMORE, L.L.C.
>1350 Main Street
>Springfield, MA 01103
>(413) 747-1773 (phone)
>(413) 746-1529 (fax)

CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that on 2/23/06 I served the within document, within the time standards provided therefor, on the parties to this action by mailing a copy, postage prepaid, to:

Attorney Alan Jay Black
1383 Main Street
Springfield MA 01103

Attorney William J. O'Grady
Associate City Solicitor
CITY OF CHICOPEE LAW DEPARTMENT
17 Springfield Street
Chicopee MA 01013

*[signature]*
John A. Cvejanovich, BBO #549285

2