UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO: 04-30107-KPN

**ALAN BOURBEAU**
**Plaintiff**

**v.**

**CITY OF CHICOPEE, A Municipal Corporation duly established under the Laws of the Commonwealth of Massachusetts,**

**and**

**DAVID THEROUX in his official Capacity as supervisor of the City of Chicopee's Central Maintenance Garage,**
**Defendants**

FILED
IN CLERKS OFFICE
2006 MAR 10 P 12: 39
U.S. DISTRICT COURT
DISTRICT OF MASS

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANT, CITY OF CHICOPEE**

NOW COMES the Defendant, City of Chicopee, and moves this Honorable Court, pursuant to F.R. Civ. P. Rule 56, for Summary Judgment in its favor on all counts. As grounds therefore, Defendant submits the attached Memorandum of Law.

Dated: March 10, 2006

THE DEFENDANT
CITY OF CHICOPEE

By Its Attorney

William J. O'Grady
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013
(413) 594-1520
Fax: (413) 594-1524
BBO#377875

CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that on March 10, 2006, I served the within document, within the time standards provided therefor, on the parties to this action by mailing a copy, postage prepaid, to:

Attorney Alan Jay Black
1383 Main Street
Springfield, MA 01103

John A. Cvejanovich
O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
1350 Main Street
Springfield, MA 01103

William J. O'Grady
Associate City Solicitor