UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107
_____

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

_____

### ASSENTED TO MOTION TO ENLARGE TIME

Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and respectfully requests that the time in which to file his opposition to the Summary Judgment Motions filed by the Defendants in the above-entitled matter be enlarged from March 24, 2006 for an additional two weeks. The reasons for this motion are as follows:

1. Attorney for the plaintiff just received the City of Chicopee's Motion for Summary Judgment on March 10, 2006.

2. Attorney for the plaintiff was in a first-degree murder trial from March 6, 2006 to March 17, 2006 in the case of <u>Commonwealth v. Jesus Gambora</u>.

3. Due to the fact that he was in trial for two weeks attorney for the plaintiff has not been able to work on his opposition to the Defendants Motions for Summary Judgment.

Attorneys William O'Grady and John Cvejanovich have assented to this motion.

Respectfully Submitted,
THE DEFENDANT
/s/ Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
BBO# 553768

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to John Cvejanovich and William O'Grady on this 20th day of March 2006.

        /s/ Alan J. Black