UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.:  04-30107
_____

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.


_____

**ASSENTED TO MOTION TO ENLARGE TIME**

Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and respectfully requests that the time in which to file his opposition to the Summary Judgment Motions filed by the Defendants in the above-entitled matter be enlarged from April 7, 2006 for an additional three days to April 11, 2006.  The reasons for this motion are as follows:

2.      Attorney for the plaintiff was in a first-degree murder trial from March 6, 2006 to March 17, 2006 in the case of Commonwealth v. Jesus Gambora.

3.      Attorney for the plaintiff was in a juvenile first-degree murder motion to suppress hearing beginning on March 27, 2006 through March 29, 2006.

Attorneys William O'Grady and John Cvejanovich have assented to this motion.

Respectfully Submitted,
THE DEFENDANT
/s/ Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA  01103
Phone:  (413) 732-5381
BBO# 553768

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to John Cvejanovich and mailed to William O'Grady, 17 Springfield Street, Chicopee, MA 01013 on this 5th day of April 2006.

/s/ Alan J. Black