UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

_____

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

_____

## MOTION TO ENLARGE TIME

Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and respectfully requests that the time in which to file his opposition to the Summary Judgment Motions filed by the Defendants in the above-entitled matter be enlarged from April 11, 2006 for an additional day to April 12, 2006. The reasons for this motion are as follows:

1. I was in a first-degree murder trial from March 6, 2006 to March 17, 2006 in the case of <u>Commonwealth v. Jesus Gambora</u>.

2. I was in a juvenile first-degree murder motion to suppress hearing beginning on March 27, 2006 through March 29, 2006.

3. Due to my schedule the only time that I have had to work on my opposition has been late at night.

4. My opposition will be approximately forty pages long.

5. There are fifteen separate issues that need to be addressed.

6. I am asking for one additional day.

7.  This additional day will not effect the hearing date on this motion, which is scheduled for May 31, 2006 at 2:00 pm.

        Respectfully Submitted,
        THE DEFENDANT
        /s/ Alan J. Black
        Alan J. Black, Esq.
        1383 Main Street
        Springfield, MA  01103
        Phone:  (413) 732-5381
        BBO# 553768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to John Cvejanovich and to William O'Grady on this 11th day of April 2006.

        /s/ Alan J. Black