UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

## MOTION OF PLAINTIFF, ALAN BOURBEAU, FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY (20) PAGES

Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and moves this Honorable Court, for leave to file a Memorandum in Opposition to the Defendants' Motion for Summary Judgment in excess of twenty (20) pages. As ground therefore, Plaintiff states that the Defendants' Memorandum in Support of Motion for Summary Judgment was fifty (50) pages and exceeded the twenty (20) page limit. There are fifteen (15) separate issues in that are addressed in the Defendants' memorandum that need to be briefed and discussed by the plaintiff.

WHEREFORE, Plaintiff respectfully requests that this motion be allowed.

Respectfully Submitted,
THE DEFENDANT

Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
BBO# 553768