

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30107-KPN

|  |  |
|---|---|
| ALAN BOURBEAU, <br>     Plaintiff, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) |
| CITY OF CHICOPEE a Municipal <br> Corporation duly established under <br> The laws of the Commonwealth <br> Of Massachusetts, <br> <br> DAVID THEROUX  In his official <br> Capacity as supervisor of the City of <br> Chicopee's Central Maintenance <br> Garage <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S OPPOSITEION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff in the above-captioned matter and respectfully

requests that this Honorable Court deny the Defendants' Motion for Summary

Judgment on the grounds that the evidence presents a sufficient disagreement to

require this case be submitted to a jury.

                                        THE PLAINTIFF
                                        ALAN BOURBEAU

By: _____
      His Attorney
      Alan J. Black, Esquire
      1383 Main Street
      Springfield, MA  01103
      (413) 732-5381