UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107

_____

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

_____

## ASSENTED TO MOTION TO CONTINUE

Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and respectfully requests that the hearing scheduled for May 31, 2006 be continued to July 6, 2006 at 2:00 p.m.  The reasons for this motion are as follows:

1. Attorney for the plaintiff has been scheduled by Judge Dunbar in the Springfield Juvenile Court to begin a juvenile first-degree murder trial on May 30, 2006.

2. This trial is expected to last through June 6, 2006.

3. There are numerous experts in this case who will be called to give testimony in the trial.

4. My expert Dr. Jan Leestma will be traveling from Chicago, Illinois and has already made arrangements.

5. Due to the fact that this is a first-degree murder case and the court is understaffed with Judges the court will essentially shut down from their daily hearings in order for this trial to occur.

Attorneys William O'Grady and John Cvejanovich have assented to this motion.

>Respectfully Submitted,
>THE DEFENDANT
>/s/ Alan J. Black
>Alan J. Black, Esq.
>1383 Main Street
>Springfield, MA  01103
>Phone:  (413) 732-5381
>BBO# 553768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to John Cvejanovich and William O'Grady on this 10th day of May 2006.

>/s/ Alan J. Black