UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107
_____

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

_____

## ASSENTED TO MOTION TO CONTINUE

Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and respectfully requests that the hearing scheduled for September 19, 2006 be continued to October 11, 2006 or to such a date as is agreeable by all parties. The reasons for this motion are as follows:

1. Attorney for the plaintiff is scheduled to be in trial in the Springfield District Court on September 19, 2006 in the case of *Commonwealth v. Chandra Suthapalli*.

Attorneys William O'Grady and John Cvejanovich have assented to this motion.

Respectfully Submitted,
THE DEFENDANT
/s/ Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
BBO# 553768

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to John Cvejanovich and William O'Grady on this 13th day of September 2006.

                                                 /s/ Alan J. Black