FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT

2006 DEC 19 P 2: 41

Western District of
Massachusetts
Civil Action No.: 04-30107-KPN

U.S. DISTRICT COURT
DISTRICT OF MASS

ALAN BOURBEAU, )
    Plaintiff )
 )
v. )
 )
CITY OF CHICOPEE, A Municipal )
Corporation duly established under the )
Laws of the Commonwealth of )
Massachusetts, )
 )
and )
 )
DAVID THEROUX in his official )
capacity as supervisor of the City of )
Chicopee's Central Maintenance )
Garage, )
    Defendants )

## MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE (ASSENTED TO)

NOW COMES the Defendant, City of Chicopee, in the above-entitled matter and hereby requests that the Final Pretrial Conference date of March 1, 2007 be re-scheduled to February 27, 2007 at 2:00 p.m. In support of this Motion, Counsel for the Plaintiff states that he will be on a scheduled family vacation on March 1, 2007 and unavailable for the Final Pretrial Conference.

The Defendant
CITY OF CHICOPEE
By its Attorney

*[signature]*

William J. O'Grady, Esquire
PARKER & O'GRADY
124 College Highway
P.O. Box 249
Southampton, MA 01073
(413) 527-8660
(413) 527-6523 (Fax)
BBO #377875

ASSENTED TO

*[signature: Alan J. Black (g wo)]*
ALAN J. BLACK, ESQUIRE

ASSENTED TO

*[signature: John A. Cvejanovich (g wo)]*
JOHN A. CVEJANOVICH, ESQUIRE