UNITED STATES DISTRICT COURT
DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN SECTION

CIVIL ACTION NO.: 04-30107
_____

ALAN BOURBEAU
PLAINTIFF,
V.
CITY OF CHICOPEE et al
DEFENDANTS.

_____

**MOTION TO AMEND NOTICE OF EXPERT WITNESSES**

  Now comes the Plaintiff, Alan Bourbeau, in the above-entitled matter and respectfully requests that he may be allowed to amend his notice of expert witnesses to include the following:

  1. Kenneth Jaffe, M.D.
    575 Beech Street
    Holyoke, MA  01040

  2. Roger Kaufman, Pension Appraiser
    Smith College
    Northampton, MA  01060

  The Plaintiff is moving to amend his Notice of Experts at this late date due to a change in circumstances.  Dr. Jaffe's report is newly discovered as it was just provided to us by the Plaintiff.  This report is from an IME that Mr. Bourbeau had on August 3, 2006 for a workers compensation case against the City of Chicopee. This report along with the CV of Dr. Jaffe has been mailed to the defendants' attorneys.

  Roger Kaufman is an economist at Smith College and has been hired to give a summary of the Plaintiff's economic loss as a result of the defendants' actions.  Up until recently the Plaintiff was working at a job that paid him more than what he was making at the City of Chicopee. The Plaintiff's job status has changed.  Mr. Kaufman's report will indicate Mr. Bourbeau's economic loss as a result of his being fired from the City of Chicopee.  Mr. Kaufman is currently working on this report and it will be provided to the defendants' attorneys along with his CV as soon as the report is completed.

  The Plaintiff will provide the Defendants with an Amended Notice of Experts Witnesses, reports from each additional expert containing a complete statement of all

opinions, the data or other information considered by the witness in forming the opinions, any exhibits used as a summary of or support for the opinions, the qualifications, including a list of publications in within the preceding ten years, the compensation to be paid for testimony and a list of any other cases the witness has testified as an expert at trial or by deposition within the preceding four years as required by the rule at such a time that this motion is allowed.

       This case is currently set for March 12, 2006 therefore we are still two and a half months away from the trial date.

       The Plaintiff is requesting a hearing on this matter.

                                     Respectfully Submitted,
                                     THE DEFENDANT
                                     /s/ Alan J. Black
                                     Alan J. Black, Esq.
                                     1383 Main Street
                                     Springfield, MA  01103
                                     Phone:  (413) 732-5381
                                     Fax:  (413) 739-0046
                                     BBO# 553768