UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALAN BOURBEAU
_____
Plaintiff

v.

CITY OF CHICOPEE and
DAVID THEROUX
_____
Defendants

CIVIL ACTION

NO. CA-04-30107-KPN

## AGREEMENT FOR JUDGMENT FOR THE PLAINTIFF

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the following entries be made:

"Judgment for the Plaintiff in the sum of $ 85,000 (Eighty five and 00/100 dollars) (with/~~without~~) interest, and (with/~~without~~) costs"; ~~and~~

"~~Judgment Satisfied~~."

Dated this __16-d__ day of __JANUARY__, 2007.

_____
Alan Block
Attorney (s) for the Plaintiff

_____
William J. O'Grady
WILLIAM J. O'GRADY
Attorney (s) for the Defendant,
CITY OF CHICOPEE

(judgpla.frm - 09/92)                         [agrjgm.]

_____
JOHN A. CVEJANOVICH
ATTORNEY FOR THE DEFENDANT
DAVID THEROUX