**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ALAN BOURBEAU,

      Plaintiff,                              CIVIL ACTION
v.                                                NO.   04-30107-KPN

CITY OF CHICOPEE, et. al.,

      Defendant,

AMENDED REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE NEIMAN

HILLMAN, M.J.

On __January 16, 2007__ I held the following ADR proceeding:

|   |   |   |   |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE |   |   |

The parties were present in person or by an authorized corporate officer .

The case was:

(X)    Settled.  Your clerk should enter a _30_ day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.


January 16, 2006                                        /s/ Timothy S. Hillman
Date                                               TIMOTHY S. HILLMAN, M.J.