UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| ALAN BOURBEAU, | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30107-KPN |
| | ) | |
| CITY OF CHICOPEE, et al., | ) | |
| Defendants | ) | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accord with the Agreement for Judgment filed on January 16, 2007, judgment is entered for Plaintiff in the amount of $85,000 without interest and without costs.

January 18, 2007                                Sarah A. Thornton
Date                                            Clerk

                                        By:   /s/ Bethaney A. Healy
                                              Deputy Clerk